IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02371-WYD-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility Enterprise, Aurora Water,

Plaintiff,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Quash the Deposition Subpoena of Mayor Tauer and for a Protective Order Precluding his Deposition** [docket no. 38, filed July 15, 2008] (the "Motion").

     IT IS ORDERED that the Motion is deemed withdrawn and DENIED AS MOOT.

DATED: July 22, 2008