IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02371-WYD-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility Enterprise, Aurora Water,

Plaintiff,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order** [docket no. 44, filed July 28, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **August 29, 2008** for the sole purpose of completing the depositions in this case, and the dispositive motion deadline is extended to and including **September 17, 2008**.


DATED: July 29, 2008