IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02371-WYD-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility Enterprise, Aurora Water,

    Plaintiff,

v.

PS SYSTEMS, INC., a Colorado corporation; and
RAR GROUP, LLC, a Colorado limited liability company,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on Plaintiff City of Aurora's Motion for Leave to File Two Summary Judgment Motions, or in the Alternative, for Leave to File a Summary Judgment Motion in Excess of Fifteen Pages (filed August 13, 2008). Plaintiff's Motion for Leave to File Two Summary Judgment Motions is **granted**. While I normally do not allow the filing of multiple summary judgment motions by a party, I find that the filing of two summary judgment motions makes sense in this case since there are two patents at issue. The portion of the motion that seeks in the alternative to file a summary judgment motion in excess of fifteen pages is **denied as moot**.

    Dated: August 14, 2008