IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02371-WYD-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility Enterprise, Aurora Water,

Plaintiff,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Third Stipulated Motion to Amend Scheduling Order** [docket no. 50, filed September 16, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The dispositive motion deadline is now extended to and including **October 7, 2008**, response briefs are now due on or before **November 17, 2008**, and reply briefs are now due on or before **December 8, 2008**.

IT IS FURTHER ORDERED that the Pretrial Conference set for November 3, 2008, is **vacated and reset to December 15, 2008, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **December 8, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: September 17, 2008