## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02371-PAB-BNB

CITY OF AURORA, Colorado, a municipal corporation,
acting by and through its Utility Enterprise, Aurora Water,

    PLAINTIFF AND COUNTERCLAIM-DEFENDANT,

and

GRIMM CONSTRUCTION COMPANY, INC.
d/b/a GARNEY CONSTRUCTION, a Colorado corporation,

    COUNTERCLAIM-DEFENDANT,

vs.

PS SYSTEMS, INC., a Colorado corporation,
and RAR Group, LLC, a Colorado limited
liability company,

    DEFENDANTS AND COUNTERCLAIMANTS.

---

### ORDER GRANTING UNOPPOSED MOTION
### FOR LEAVE TO TAKE THE PRESERVATION DEPOSITION OF
### DIRECT TRIAL TESTIMONY OF PETER D. BINNEY

---

The Court, having reviewed the Unopposed Motion for Leave to Take the Preservation Deposition of Direct Trial Testimony of Peter D. Binney, and being fully advised on the premises, hereby GRANTS the Motion. The parties are instructed to schedule Peter Binney's trial preservation deposition for a mutually acceptable date, [handwritten: to be completed on or before January 16, 2009.] Nothing herein: 1) precludes the use at trial of the prior Fed. R. Civ. P. 30(b)(6) deposition of the City of Aurora, where Mr. Binney was the City's designated representative, pursuant to Fed. R. Civ. P. 32(a)(3) and/or (4), or precludes Defendants from subpoenaing Mr. Binney and requiring his attendance at trial so long as his health permits his attendance.

9411\210\1218777.1

IT IS SO ORDERED.

Dated this ___24th___ day of ___November___, 2008.

　　　　　　　　　　　　　　　　_____/s/ Boyd N. Boland_____
　　　　　　　　　　　　　　　　~~United States District Judge~~
　　　　　　　　　　　　　　　　**BOYD N. BOLAND**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**