IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility Enterprise, Aurora Water,

Plaintiff,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order, or in the Alternative for Status Conference** [docket no. 76, filed December 1, 2008] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED. The Pretrial Conference set for **December 15, 2008, at 9:30 a.m.** is changed to a **Status Conference**. It will not be necessary to prepare and submit a proposed Pretrial Order.

DATED: December 3, 2008