IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation,
acting by and through its Utility Enterprise, Aurora Water,

Plaintiff,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

**ORDER**
_____

This matter arises on the parties' **Stipulated Motion to Amend Scheduling Order [etc.]** [Doc. # 76, filed 12/1/2008] (the "Motion re Schedule"). I held a hearing on the motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion re Schedule is GRANTED, and the case schedule is modified to the following extent for the purposes of pretrial proceedings related to damages only:

Discovery cut-off (other than expert depositions): **February 28, 2009**

Expert depositions cut-off: **May 29, 2009**

> (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Discovery is limited as follows:   Three depositions per side, including experts;
10 interrogatories per side; and 10 requests
for production of documents per side,
all including discrete subparts.

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 31, 2009**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 30, 2009**

Final Pretrial Conference:   A final pretrial conference will be held in this case on **June 26, 2009, at 9:00 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **June 19, 2009**.

IT IS FURTHER ORDERED that the preservation deposition of Peter D. Binney shall be completed not later than February 28, 2009.

Dated December 15, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge