IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility Enterprise, Aurora Water,

Plaintiff and Counterclaim-defendant,

and

GRIMM CONSTRUCTION COMPANY, INC. d/b/a GARNEY CONSTRUCTION, a Colorado corporation,

Counterclaim-defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants and counterclaims.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 89, filed February 26, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and Peter Binney's deposition may be completed on or before **April 30, 2009**.

DATED: February 27, 2009