IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No.   07-cv-02371-PAB-BNB | Date: April 27, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

---

CITY OF AURORA, COLORADO,                                     Martha Bauer
a municipal corporation, acting by and                              Ashley Krause
through its Utility Enterprise
other
Aurora Water

        Plaintiff(s),

v.

PS SYSTEMS, INC.,                                                              Peter Gergely
a Colorado corporation
and RAR GROUP, LLC

        Defendant(s).

---

**COURTROOM MINUTES**

---

**HEARING: MOTIONS**

Court in Session:      9:58 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff and counterclaim-defendants' motion to amend scheduling order filed 4/17/09 Doc. [94] is granted as stated on the record.**

Court in Recess:      10:14 a.m.      Hearing concluded.      Total time in Court:      00:16

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.