IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation,
acting by and through its Utility Enterprise, Aurora Water,

Plaintiff and Counterclaim Defendant,

and

GRIMM CONSTRUCTION COMPANY, INC.,
d/b/a Garney Construction, a Colorado corporation,

Counterclaim Defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Plaintiff and Counterclaim-Defendants' Motion to Amend Scheduling Order** [Doc. # 94, filed 4/17/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the following extent:

        The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before 14 days after the completion of the deposition of Robert E. Kleeman, Jr.  The deposition of Mr. Kleeman must be completed on or before May 15, 2009.

Expert Discovery Cut-Off:        14 days after the plaintiff's designation of rebuttal experts, but not later than May 29, 2009.

Dated April 27, 2009.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge