IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation,
acting by and through its Utility Enterprise, Aurora Water,

Plaintiff and Counterclaim Defendant,

and

GRIMM CONSTRUCTION COMPANY, INC.,
d/b/a Garney Construction, a Colorado corporation,

Counterclaim Defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

**ORDER**
_____

IT IS ORDERED that a settlement conference will be held on **September 23, 2009, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

All settlement conferences that take place before the magistrate judge shall be confidential.

*Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to

enter into settlement must also be present.)

Each party shall submit a confidential settlement statement to my chambers on or before **September 16, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated June 25, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge