IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation,
acting by and through its Utility Enterprise, Aurora Water,

    Plaintiff and Counterclaim Defendant,

and

GRIMM CONSTRUCTION COMPANY, INC.,
d/b/a Garney Construction, a Colorado corporation,

    Counterclaim Defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

    Defendants and Counterclaimants.
_____

## ORDER SETTING CASE FOR TRIAL
_____

    This matter has been scheduled for a ten-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **May 3, 2010 at 8:00 a.m.**

    A Trial Preparation Conference is set for **April 23, 2010 at 8:30 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)       sequestration of witnesses;

    3)       timing of presentation of witnesses and evidence;

    4)       anticipated evidentiary issues;

    5)       any stipulations as to fact or law; and

    6)       any other issue affecting the duration or course of the trial.

DATED June 25, 2009.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge