IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility Enterprise, Aurora Water,

Plaintiff and Counterclaim-defendant,

and

GRIMM CONSTRUCTION COMPANY, INC. d/b/a GARNEY CONSTRUCTION, a Colorado corporation,

Counterclaim-defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants and counterclaims.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Stipulation Regarding Opinions of Counsel** [docket no. 116, filed July 28, 2009],

IT IS ORDERED that the **Defendants and Counterclaimants PS Systems, Inc. and RAR Group, LLC's Motion to Exclude Opinions of Counsel Produced After Discovery Cutoff** [docket no. 101] is WITHDRAWN.

IT IS FURTHER ORDERED that the **Defendants and Counterclaimants PS Systems, Inc. and RAR Group, LLC's Motion for Leave to File Reply to Response to Defendants' Motion to Exclude Plaintiff's Opinion of Counsel Produced After Discovery Cutoff** [docket no. 112] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the motions hearing set for July 28, 2009, at 4:00 p.m., is **VACATED**.

DATED: July 28, 2009