IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation,
acting by and through its Utility Enterprise, Aurora Water,

Plaintiff and Counterclaim Defendant,

and

GRIMM CONSTRUCTION COMPANY, INC.,
d/b/a Garney Construction, a Colorado corporation,

Counterclaim Defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

## ORDER
_____

I held a settlement conference in this matter on September 23, 2009, and progress toward settlement appeared to have been made.  I ordered the parties to provide to me on or before November 20, 2009, a status report addressing their settlement efforts.  I subsequently have been informed that issues have arisen concerning the parties' settlement efforts.

IT IS ORDERED that a settlement/status conference is set for **October 29, 2009, at 11:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  <u>Counsel only</u> must attend the conference in person.  (Client representatives are welcome to attend, but their attendance is not required.)

IT IS FURTHER ORDERED that the parties shall submit confidential settlement statements to my chambers on or before **October 26, 2009**, addressing any developments in their settlement positions subsequent to the settlement conference on September 23, 2009.

Dated October 20, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge