IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation,
acting by and through its Utility Enterprise, Aurora Water,

Plaintiff and Counterclaim Defendant,

and

GRIMM CONSTRUCTION COMPANY, INC.,
d/b/a Garney Construction, a Colorado corporation,

Counterclaim Defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff and Counterclaim-Defendants' Motion to Compel Supplemental Document Production** [Doc. # 124, filed 1/6/2010] (the "Motion to Compel").  I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require the defendants to produce, on or before February 15, 2010, all documents in their possession, custody, and control, not previously produced, that comprise the file history in U.S. Patent Application No. 10/704, 347.  The materials may be produced subject to the protective order in place in this case and designated for attorney eyes only, and may further limit disclosure to exclude plaintiff's counsel Steve Sims; and

DENIED in all other respects.

Dated January 27, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge