IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility
Enterprise, Aurora Water,

Plaintiff and Counterclaim-defendant,

and

GRIMM CONSTRUCTION COMPANY, INC. d/b/a GARNEY CONSTRUCTION, a Colorado
corporation,

Counterclaim-defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants and counterclaims.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Final Pretrial
Order** [docket no. 133, filed March 1, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Final Pretrial Order is modified to
extend the deadline for exchanging copies of exhibits to **March 10, 2010**, and to extend the
deadline to file the objections contemplated by Fed.R.Civ.P. 26(a)(3) to **March 22, 2010**.

IT IS FURTHER ORDERED that the parties: a) exchange copies of their exhibit lists in
Word format by electronic mail to opposing counsel on March 10, 2010 to facilitate making
objections to be filed with the Court; b) exchange copies of exhibits on March 10, 2010 by hand-
delivery on CD-R disc(s); c) ensure that each exhibit on said disc(s) will be in portable document
format (.pdf); and d) ensure that each exhibit on said disc(s) will be named to correspond to the
party's exhibit list to facilitate cross-referencing and review by opposing counsel.

DATED: March 3, 2010