IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02371-PAB-BNB

CITY OF AURORA, COLORADO, a municipal corporation, acting by and through its Utility Enterprise, Aurora Water,

Plaintiff and Counterclaim-defendant,

and

GRIMM CONSTRUCTION COMPANY, INC. d/b/a GARNEY CONSTRUCTION, a Colorado corporation,

Counterclaim-defendant,

v.

PS SYSTEMS, INC., a Colorado corporation, and
RAR GROUP, LLC, a Colorado limited liability company,

Defendants and counterclaims.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Defendants and Counterclaims PS Systems, Inc. and RAR Group LLC's Motion to Withdraw Motion to Seal Exhibit E to Response to Motion to Dismiss Defendants' Counterclaim for Lack of Subject Matter Jurisdiction, or in the Alternative to File Exhibit Publicly** [docket no. 176, filed May 4, 2010] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED.

        IT IS FURTHER ORDERED that the **Defendants and Counterclaims PS Systems, Inc. and RAR Group, LLC's Motion to Seal Exhibit E to Response to Motion to Dismiss Defendants' Counterclaim for Lack of Subject Matter Jurisdiction, or in the Alternative to File Exhibit Publicly** [docket no. 169, filed May 3, 2010] is DENIED AS MOOT.


DATED:  May 5, 2010