# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 6, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 56 minutes |

**CASE NO. 07-cv-02371-PAB-BNB**

| Parties | Counsel |
|---|---|
| **CITY OF AURORA,** | Martha Bauer |
| Plaintiff (s), | |
| vs. | |
| **PS SYSTEMS, INC.,** <br> **RAR GROUP, LLC, and** <br> **GRIMM CONSTRUCTION COMPANY, INC.,** | Peter Gergely |
| Defendant (s). | |

## MOTIONS HEARING

**8:35 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Opening remarks by the Court indicating how this hearing will proceed.

**Plaintiff's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,840,710 (Doc #57), filed 10/7/08.**

**8:40 a.m.** Argument by Ms. Bauer. Questions by the Court.

**8:54 p.m.** Argument by Mr. Gergely. Questions by the Court.

**9:12 a.m.** Rebuttal argument by Ms. Bauer.

**9:19 a.m.** Rebuttal argument by Mr. Gergely.

**Plaintiff's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 7,192,218 (Doc #59), filed 10/8/08.**

**9:20 a.m.** Argument by Ms. Bauer. Questions by the Court.

**9:33 a.m.** Argument by Mr. Gergely. Questions by the Court.

**9:47 a.m.** Rebuttal argument by Ms. Bauer.

**9:52 p.m.** Rebuttal argument by Mr. Gergely.

**9:55 a.m.** **COURT IN RECESS**

**10:14 a.m.** **COURT IN SESSION**

**Plaintiff's Motion to Dismiss For Lack Of Jurisdiction (Doc #149), filed 4/12/10.**

**10:15 a.m.** Argument by Ms. Bauer. Questions by the Court.

**10:26 a.m.** Argument by Mr. Gergely. Questions by the Court.

Court determines that plaintiff's motion to dismiss for lack of jurisdiction should not be limited to subject matter jurisdiction.

**ORDERED:** Counsel may file supplemental briefs, if they choose, limited to **10 pages**, given the fact that the Court is not limiting the motion to dismiss on the issue of subject matter jurisdiction by **May 27, 2010.**

**ORDERED:** Motions taken under advisement.

**ORDERED:** Hearing to address infringement, equivalence theories, motion to dismiss and the order of presentation at trial is scheduled for **June 4, 2010 at 8:00 a.m.**

**10:50 a.m.** **COURT IN RECESS**

**Total in court time:** **116 minutes**

**Hearing concluded**