IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: June 4, 2010  
Time: 77 minutes

---

**CASE NO. 07-cv-02371-PAB-BNB**

| Parties | Counsel |
|---|---|
| **CITY OF AURORA,** | Martha Bauer |
| | Ashley Krause |
| Plaintiff (s), | |
| vs. | |
| **PS SYSTEMS, INC.,** | Peter Gergely |
| **RAR GROUP, LLC, and** | |
| **GRIMM CONSTRUCTION COMPANY, INC.,** | |
| Defendant (s). | |

---

## MOTIONS HEARING

---

**8:09 a.m.**  **COURT IN SESSION**

APPEARANCES OF COUNSEL. Also present is Don Sommers.

**Plaintiff's Motion for Summary Judgment for Non-Infringement of U.S. Patent No. '710 (Doc #57), filed 10/7/08.**

**8:10 a.m.** Argument by Ms. Bauer. Questions by the Court.

**8:25 a.m.** Argument by Mr. Gergely.

**8:35 a.m.** Rebuttal argument by Ms. Bauer.

Court states its findings.

**ORDERED:** Plaintiff's Motion for Summary Judgment for Non-Infringement of U.S. Patent No. '710 (Doc #59), filed 10/7/08 is **GRANTED in PART and DENIED in PART.**

**Plaintiff's Motion for Summary Judgment for Non-Infringement of U.S. Patent No. '218 (Doc #59), filed 10/7/08.**

**8:44 a.m.** Argument by Ms. Bauer.

**8:48 a.m.** Argument by Mr. Gergely.

**8:53 a.m.** Rebuttal argument by Ms. Bauer.

**8:56 a.m.** Rebuttal argument by Mr. Gergely.

**Plaintiff's Motion to Dismiss for Lack of Jurisdiction Defendant's Counterclaims (Doc #149), filed 4/12/10.**

**8:58 a.m.** Argument by Ms. Bauer.

**8:59 a.m.** Argument by Mr. Gergely.

**9:11 a.m.** Rebuttal argument by Ms. Bauer.

Defendants' Motion for Order to Establish Order of Presentation of Evidence (Doc #166), filed 4/30/10.

**9:16 a.m.** Argument by Mr. Gergely.

Court states its findings.

**ORDERED:** Defendants' Motion for Order to Establish Order of Presentation of Evidence (Doc #166), filed 4/30/10 is **DENIED.**

**9:18 a.m.** **COURT IN RECESS**

**9:30 a.m.** **COURT IN SESSION**

**ORDERED:** Plaintiff's Motion for Summary Judgment for Non-Infringement of U.S. Patent No. '218 (Doc #59), filed 10/7/08 is **TAKEN UNDER ADVISEMENT**.

**ORDERED:** Defendants may file supplemental argument or authority on equivalence in light of the Court's claim construction order by **June 14, 2010.** Plaintiff may file supplemental brief addressing the language of Claim 1 of the '218 Patent identified by counsel at the hearing by **June 14, 2010.** Responses are due **June 21, 2010.**

**ORDERED:** Plaintiff's Motion to Dismiss for Lack of Jurisdiction Defendant's Counterclaims (Doc #149), filed 4/12/10 is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiff's Motion to Strike (Doc #198), filed 6/3/10 is **DENIED.**

**9:38 a.m.** **COURT IN RECESS**

**Total in court time:** 77 minutes

**Hearing concluded**