**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: June 16, 2010
Court Reporter: Janet Coppock                        Time: one hour and 45 minutes

---

**CASE NO.  07-cv-02371-PAB-BNB**

<u>Parties</u>                                                    <u>Counsel</u>

**CITY OF AURORA,**                                    Martha Bauer
                                                                   Ronald Gorsche

                         Plaintiff(s),

vs.

**PS SYSTEMS, INC.,**                                Peter Gergely
**RAR GROUP, LLC, and**
**GRIMM CONSTRUCTION COMPANY,**
**INC.,**

                         Defendant (s).

---

**TRIAL PREPARATION CONFERENCE**

---

**1:36 p.m.       COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 10-day jury trial, commencing July 12, 2010 at 8:00 a.m.

Court and counsel discuss Judge Brimmer's Trial Practice Standards, including jury selection of 9, voir dire by counsel limited to 15 minutes, opening statements limited to one hour, witnesses and exhibits.

**ORDERED:** Witness lists are due **June 22, 2010.**

**ORDERED:** Exhibit lists are due **June 24, 2010.**

**ORDERED:** Fact witnesses will be subject to a **SEQUESTRATION** order. Expert witnesses and client representatives will not be subject to the sequestration order.

Court and counsel discuss pending motions.

**ORDERED:** Defendant's response to Plaintiff's Motion in Limine to Exclude "Pioneer" Evidence is due **June 26, 2010.**

**ORDERED:** Plaintiff's Motion for Leave to File Excess Pages to File Multiple Trial Briefs in Excess of Ten Pages, or in the Alternative, to File a Single Trial Brief in Excess of Ten Pages (Doc #148), filed 4/12/10 is **DENIED** with leave to refile.

**Defendant's Motion to Exclude Untimely Art (Doc #146), filed 4/12/10.**

**2:35 p.m.** Argument by Mr. Gergely. Questions by the Court.

**2:55 p.m.** Argument by Mr. Gorsche. Questions by the Court.

**3:04 p.m.** Rebuttal argument by Mr. Gergely.

**ORDERED:** Defendant's Motion to Exclude Untimely Art (Doc #146), filed 4/12/10 is **GRANTED**.

**ORDERED:** Responses to the supplemental briefs are due **June 28, 2010.**

**3:21 p.m.** **COURT IN RECESS**

**Total in court time:** **105 minutes**

**Hearing concluded**